MINNIE WHITE, Appellant, *v.* CLARA B. DEVENDORF, as Administratrix of the Estate of H. NELSON BROWN, Deceased, Respondent.

(Argued January 18, 1910; decided February 8, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 20, 1908, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in action to enforce an alleged agreement by defendant's intestate to pay to or leave by will to plaintiff a certain sum of money.

*E. C. Emerson* for appellant.

*Joseph Nellis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.

---

WILLIAM G. DAVIES et al., as Trustees under the Will of HENRY E. DAVIES, Deceased, Respondents, *v.* WILLIAM G. DAVIES et al., Respondents, and HENRY E. DAVIES, Appellant.

*Davies* v. *Davies,* 129 App. Div. 379, affirmed.
(Argued January 18, 1910; decided February 8, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 28, 1909, which modified and affirmed as modified a judgment of Special Term construing the will of Henry E. Davies, deceased.

*Fernando G. Echeverria* for appellant.

*Brainard Tolles* and *Julien T. Davies, Jr.,* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.